# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

ALYSSA JOHNSON and HAROLD
NYANJOM, individually and on behalf of
all others similarly situated,

           Plaintiffs,

v.                                              Case No:  20-1240-JWB

**SONIC CORP.**, a Delaware limited liability
company,
**AMERICA'S DRIVE-IN RESTAURANTS LLC**,
a Delaware limited liability company,

           Defendants,

## JUDGMENT IN A CIVIL CASE

☐　Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒　Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    The case is remanded to the Eighteenth Judicial District Court of Sedgwick County, Kansas.  Plaintiffs' request for attorney fees and costs is DENIED.

  December 23, 2020                           TIMOTHY M. O'BRIEN
      Date                                            CLERK OF THE DISTRICT COURT

                                                    by:  s/ Joyce Roach
                                                         Deputy Clerk